**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――――

QLAY CO.,

              Plaintiff,          20 Civ. 9781 (JGK)

   - against -              <u>ORDER</u>

AIDEDIANDI, ET AL.,

              Defendants.
―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    All of the filings in this case are unsealed because all of the defendants have now been served.

**SO ORDERED.**

**Dated:   New York, New York**
          **December 2, 2020**              <u>   /s/ John G. Koeltl   </u>

                                               **John G. Koeltl**
                                  **United States District Judge**