```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

QLAY CO.,
                Plaintiff,        20-cv-9781 (JGK)
   - against -

                                                  ORDER
AIDEDIANDI, ET AL.,
                Defendants.

JOHN G. KOELTL, District Judge:

The Court has reviewed the Report and Recommendation of Magistrate Judge Aaron dated July 30, 2021. No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and should be adopted. Accordingly, the Court adopts the Report and Recommendation, except that statutory damages should not be awarded against the defendant "maigetrading" who entered into a settlement with the plaintiff after the Report and Recommendation was issued.

The plaintiff is directed to submit a proposed judgment for statutory damages and for a permanent injunction by **January 7, 2022.** The plaintiff should serve the proposed judgment on the defendants by **January 7, 2022.** The plaintiff should submit proof of service by **January 12, 2022.** The defendants may submit any objections by **January 14, 2022.**

SO ORDERED.
Dated:    New York, New York
            December 21, 2021

                                                        /s/ John G. Koeltl
                                                        John G. Koeltl
                                                  United States District Judge